# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAFAYETTE DEAN BROOKS, A/K/A
DEAN BROOKS,
          Appellant,
vs.
U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF9 MASTER PARTICIPATION
TRUST,
          Respondent.

No. 77130

FILED

DEC 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to stay the proceedings below pending resolution of a related appeal. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable.[1] *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule authorizes an appeal from an order denying a motion for stay. *See, e.g., Brunzell Constr. Co. v. Harrah's Club*, 81 Nev. 414, 404 P.2d 902 (1965) (stating that an order granting or

---

[1]Although appellant's motion is entitled "Request for Injunctive Relief," the district court treated the filing as a motion for stay and resolved it as such.

18-909803

denying a stay of proceedings is not appealable). We lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[2]

_____ *Pickering* , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc:     Hon. Kimberly A. Wanker, District Judge
        Lafayette Dean Brooks
        Ballard Spahr LLP/Las Vegas
        Nye County Clerk

---

[2]Given this order, we take no action on the pro se letter filed November 2, 2018.

SUPREME COURT
OF
NEVADA

(O) 1947A